■ In the Matter of FOLKLANE HOTEL ASSOCIATES, Respondent, v BOARD OF ASSESSORS and the BOARD OF ASSESSMENT REVIEW OF THE TOWN OF SMITHTOWN, Appellants. [648 NYS2d 1013] —Appeal by the Board of Assessors and the Board of Assessment Review of the Town of Smithtown from an order of the Supreme Court, Suffolk County (Werner, J.), dated January 10, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Werner at the Supreme Court. Bracken, J. P., Miller, Copertino and Hart, JJ., concur. *[See,* 170 Misc 2d 712.]